ORIGINAL

FILED
MAY - 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WILLIAM L. GREEN §
§
Plaintiff, §
§
vs. § DOCKET NO. 06-368 T
§ JUDGE: ____________
§
§
UNITED STATES OF AMERICA §
§
Defendant. §

**NOTICE OF INDIRECTLY RELATED CASES**

The above captioned and styled matter is a "Greenberg Brothers" tax refund case that is indirectly related to the following cases, and pursuant to agreement under RCFC 40(b)(3), should be assigned to Judge Bruggink:

| Name | Suit Date | Docket No. |
|---|---|---|
| Pannico, Richard | 04/06/02 | 02-278T |
| Shelton, Tommy | 08/23/02 | 02-1042T |
| Bush, Lyman | 08/23/02 | 02-1041T |
| Bates, Henry | 09/05/02 | 02-1123T |
| Mandich, Rbt. | 09/18/02 | 02-1222T |
| Locker, Marsha for Gerald Cooper | 11/13/02 | 02/1550T |
| Nirschl, Herman | 11/13/02 | 02-1551T |
| Secord, Warren | 05/02/03 | 03-878T |
| Whitehurst, Frances | 06/28/03 | 03-1616T |

R:\DOCS\TAXCONT.T\tmwn5056.gr1.wpd

| Name | Suit Date | Docket No. |
|---|---|---|
| Larson, Doug | 08/30/04 | 04-1397T |
| Hendryx, Michael | 09/10/04 | 04-1433T |
| Bates, Henry | 9/27/04 | 04-1495 |
| Shelton, Tommy | 10/25/04 | 04-1595 |
| Fagerland, David | 10/25/04 | 04-1597 |
| Habenicht, Brad | 10/25/04 | 04-1596 |
| Bush, Lymon | 10/25/04 | 04-1598 |
| Wagner, Wm | 10/25/04 | 04-1599 |
| Mandich, Rbt. | 1/6/05 | 05-018 |
| Flynn, James | 1/6/05 | 05-019 |
| Gamble, Kenneth | 01/14/05 | 05-115 |
| McCarthy, Jack | 2/4/05 | 05-190 |
| Romain, Harry | 2/7/05 | 05-199 |
| Nelson, Murray | 2/7/05 | 05-198 |
| Flynn, James | 3/14/05 | 05-307 |
| Larson, Doug | 3/18/05 | 05-379 |
| Habenicht, Brad | 04/28/05 | 05-505 |
| Arnold, Tom | 05/04/05 | 05-513 |
| Cox, Raymond | 08/01/05 | 05-839 |
| Nirschl, Herman M. | 10/17/05 | 05-1112 |
| Whitehurst, Francis Dan | 11/14/05 | 05-1200T |
| Yett, Charles | 05/01/06 | |

Respectfully,

Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFF

OF COUNSEL FOR PLAINTIFF:
Teresa J. Womack
Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax

## Certificate of Service

On May 5, 2006, the forgoing Notice of Indirectly related cases was served by U.S. mail on the following counsel for the United States in the above referenced indirectly related cases:

Mr. Benjamin C. King
U.S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044-0026

Teresa J. Womack



R:\DOCS\TAXCONT.T\tmwn5056.grl.wpd