# In the United States Court of Federal Claims

No. 06-368T
(Filed: May 18, 2006)

* * * * * * * * * * * * * * * * * * * * * *

WILLIAM L. GREEN,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

The above action is suspended pending the outcome of the representative "Greenberg Brothers" tax refund cases: *Bush* and *Shelton*. The parties are directed to the court's order filed October 24, 2005 in Case No. 02-278T *Pannico*.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge